1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER JOHNSON,                    No.  1:15-cv-00699 SKO HC

12              Petitioner,

13        v.                                 **ORDER DISMISSING
                                             PETITION AS MOOT**
14   JEN CHARLES JOHNSON, et al.,
                                             (Doc. 1)
15              Respondents.

16

17        Petitioner, Christopher Johnson, is a federal prisoner proceeding with a petition for writ of

18   habeas corpus pursuant to 28 U.S.C. § 2241.  On May 4, 2015, Petitioner filed his petition,

19   challenging his detention by Immigration and Customs Enforcement as a violation of his due

20   process rights.  On December 28, 2017, this Court granted in part and denied in part the petition,

21   denying Petitioner's request for immediate release from custody, but ordering Respondents to

22   provide Petitioner with a new bond hearing before an Immigration Judge.

23        On January 5, 2018, Respondents filed a "Supplemental Response to Petition for Writ of

24   Habeas Corpus and Motion to Dismiss for Failure to Prosecute and/or for Mootness."

25   Respondent notified the Court that Petitioner was released on immigration bond on June 15,

26   2016, and attached proof of the immigration bond to the motion.  On January 11, 2018, a copy of

27

28

                                                1

the Court's "Order Granting in Part and Denying in Part the Petition for Habeas Corpus" mailed to Petitioner was returned to the Clerk marked "Undeliverable, Not in Custody."

The undersigned has reviewed the documentation submitted by Respondents in support of the motion and finds Respondents' motion to be supported by evidence establishing resolution of the underlying issue – Petitioner was released from custody. Accordingly, the undersigned ORDERS that the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 be dismissed as moot.

IT IS SO ORDERED.

Dated:   **March 27, 2018**                               /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE